(Americans with Disabilities)
ADA Request ✓ (Need response "before" 8-5-11.)

# In The U.S. District Court For Maryland

Barbara M. Bush ) # 0501-11- 6732
1511 Timber Ridge ) # 0501-11- 6733
Lane
Hyattsville, MD 20782 ) Need response "before"
   Plaintiff ) 8/5/11.
                 Thank you.

v.

AW-11-2113

Realty Management ) July 25, 2011
Services, Inc.
Cynthia Davis for
Cypress Creek Apts. ) Urgent - Please
5603 Cypress Creek Dr. ) respond to District
Hyattsville, MD 20782 ) Court via e-mail
   Defendant ) or telephone "before" 8/5/11

Jurisdictional Question
On July 25, 2011, decision
by the District Court for
Maryland — In Contract

(Removal Dated 7-14-11)

(1) On 7/15/11, via USPS,
West Hyattsville, MD 20782,

—1—

Plaintiff removed these two contract cases to federal jurisdiction, to have this court inform the District Court that "the same + exact issues are "already" in ① administrative proceedings, state + federal, and federal proceedings, in CAL-10-28587 in the Circuit Court For Prince George's County, M.D.

(2) Please inform the (via telephone or e-mail)

-2-

District Court that: (before 8/5/11)
(Its decision to "Continue" on 8/5/11)
(1) this matter was removed, at 1:15pm and

(2) there is a jurisdictional issue. See 5th Amendment to the U.S. Constitution See AW-11-1548 + RWT-11-1559, in this court dated (both) 6/21/11, (no jurisdiction)

Respectfully submitted,

Barbara M. Bush
Defendant in these 2 cases
(See USDCMD, BEL-06-202CR)

—3—